UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HANS LIEBL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JESTER, et al.,<br><br>　　　　　Defendants. | **1:23-cv-01131-ADA-GSA-PC**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON AUGUST 3, 2023**<br><br>**(ECF No. 9.)**<br><br>**ORDER RESOLVING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2.)** |

　　　Jesse Hans Liebl ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2023, the court issued findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied due to Plaintiff's ability to pay the $402.00 filing fee in full. (ECF No. 9.) On August 21, 2023, Plaintiff paid the $402.00 filing fee in full. (Court docket.)

　　　In light of the fact that Plaintiff has paid the filing fee in full, the court shall withdraw the findings and recommendations issued on August 3, 2023.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on August 3, 2023, are WITHDRAWN; and
2. Plaintiff's motion to proceed *in forma pauperis*, filed on July 21, 2023, is RESOLVED.

IT IS SO ORDERED.

Dated:   **August 22, 2023**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE