UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HANS LIEBL,<br><br>          Plaintiff,<br><br>  vs.<br><br>JESTER, et al.,<br><br>          Defendants. | **1:23-cv-01131-ADA-GSA-PC**<br><br>**ORDER RE TRUST ACCOUNT ISSUE**<br><br>**(ECF No. 12.)** |

      Jesse Hans Liebl ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2023, Plaintiff filed objections to the Court's August 3, 2023 findings and recommendations and in the objections he discussed an incident occurring with his prison trust account. (ECF No. 12.) Plaintiff asserts that his trust account is being improperly charged for a debt that he already paid. He claims that his account was automatically charged $93.78 in August 2021 to pay for a broken window but he has not received credit for the payment and the prison continues to collect additional payments that he does not owe. Plaintiff seeks a refund of the overpayment.

      Plaintiff is advised that the Court cannot assist him with this trust account issue.

IT IS SO ORDERED.

   Dated:   **August 25, 2023**                 **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE