UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HANS LIEBL, | Case No. 1:23-cv-1131 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| JESTER, *et al.*, | |
| Defendants. | Doc. 32 |

Jesse Hans Liebl is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and asserts that defendants violated his civil rights while he was housed in California Correctional Institution - Tehachapi. *See* Doc. 31. The magistrate judge screened Liebl's second amended complaint pursuant to 28 U.S.C. § 1915A(a). Doc. 32.

The magistrate judge found Liebl failed to state a cognizable claim under section 1983, because the allegations were "conclusory and do not state what happened, when it happened, or who was involved." Doc. 32 at 3. The magistrate judge observed that to the extent Liebl sought to "challenge the validity of his conviction for battery or the time he spent in Administrative Segregation after he was found guilty," a petition for writ of habeas corpus was the "exclusive method" for such a claim. *Id.* at 4-5; *see also id.* at 5-7. The magistrate judge determined further leave to amend was not warranted, because Liebl failed to cure the pleading deficiencies despite the Court providing the appliable legal standards and prior leave to amend. *Id.* at 7. The

1

magistrate judge recommended that "this action be dismissed for failure to state a cognizable claim upon which relief may be granted." *Id.*

On March 3, 2026, Court served the findings and recommendations on Liebl, including a notice that any objections were due within 14 days. Doc. 32 at 7-8. The Court also advised Liebl that the failure to file timely objections may result in the waiver of certain rights on appeal. *Id.* at 8 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Liebl did not file objections and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

The Court **ORDERS**:

1.    The findings and recommendations issued on March 3, 2026 (Doc. 32) are **ADOPTED** in full.

2.    This action is **DISMISSED** for failure to state a cognizable claim upon which relief may be granted.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2