**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE HANS LIEBL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESTER, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-1131 KES FJS (PC)<br><br>ORDER REGARDING PLAINTIFF'S UNTIMELY OBJECTIONS<br><br>Doc. 36 |

Jesse Hans Liebl proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983, asserting violations of his civil rights at California Correctional Institution–Tehachapi. *See* Doc. 31. On March 3, 2026, the magistrate judge found Liebl failed to state a cognizable claim. Doc. 32 at 3, 5-7. The magistrate judge recommended dismissal for failure to state a cognizable claim upon which relief may be granted. *Id.* at 7. The Court served the findings and recommendations on Liebl and informed him that any objections were due within 14 days. *Id.* Following the objection deadline, the Court reviewed the matter de novo and found Liebl failed to state a cognizable claim. The Court dismissed the action on April 1, 2026. Doc. 34.

The Court subsequently received objections from Liebl on April 9, 2026. Doc. 36. The Court does not find these objections to be timely as the document is undated and was received three weeks after the deadline expired, Liebl did not seek an extension of time to file objections, and Liebl's filing does not provide any explanation for the delay. *See* Doc. 36. Leibl's untimely

1

objections are therefore disregarded.  *See, e.g.*, *Branch v. Yates*, 2011 WL 443639, at *1 (E.D. Cal. Feb. 3, 2011) (disregarding objections as untimely when filed beyond the objection period). But even if the Court considered the arguments raised in the objections, Liebl fails to identify allegations in his second amended complaint that are sufficient to state a cognizable claim.  And the objections do not identify any new allegations sufficient to cure the pleading deficiencies.

Based upon the foregoing, the Court **ORDERS**:  this action shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:    April 17, 2026

_____
UNITED STATES DISTRICT JUDGE

2